**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Matthew Travis Houston, | Case No.: 2:26-cv-01139-APG |
| Plaintiff | **Order** |
| v. | |
| Clark County, et al., | |
| Defendants | |

On May 8, 2026, I issued an order denying plaintiff Matthew Travis Houston permission to file this case because he did not satisfy the vexatious litigant pre-filing order that he is subject to. ECF No. 2.  That order came back as undeliverable. ECF No. 4.  Houston has now filed an updated address. ECF No. 5.  Considering Houston updating his address, I will direct the Clerk of the Court to send a courtesy copy of my previous order to Houston at his new address.

I THEREFORE ORDER that the Clerk of the Court is directed to send Houston a courtesy copy of the order denying Houston permission to proceed in this case (ECF No. 2).

DATED: June 3, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE